WARREN v. STATE. (No. 3924.)

(Court of Criminal Appeals of Texas. Jan. 19, 1916.)

CRIMINAL LAW ⟷1090 — STATEMENT OF FACTS—BILLS OF EXCEPTION—NECESSITY.

Where the indictment charges an offense under the law, no questions are reviewable without a statement of facts or a bill of exceptions.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2653, 2789, 2803–2822, 2825–2827, 2927, 2928, 2948, 3204; Dec. Dig. ⟷1090.]

Appeal from Lamar County Court; Tom L. Beauchamp, Judge.

Will Warren was convicted of vagrancy, and he appeals. Affirmed.

C. C. McDonald, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was convicted of vagrancy, and his punishment assessed at a fine of $200.

No statement of facts nor any bill of exceptions accompany the record. The indictment charges an offense under the law, and under such circumstances no question is presented for us to review.

The judgment is affirmed.